1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DR. LUE QIONG CUI,

                              Plaintiff,

       v.

XIAO BING CHEN, et al.,

                              Defendants.

CASE NO. C17-0039-RSM

REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se in this civil matter, filed an amended motion to proceed *in forma pauperis* (IFP).  (Dkt. 3.)  Plaintiff's initial IFP application was deficient in failing to provide complete and detailed information as to his financial status, including any sources of money received, monthly expenses and sources of money used to pay those expenses, and any other information explaining why court fees and costs cannot be paid.  (*See* Dkts. 1-2.)  His amended application provides some of the information requested.  Plaintiff, for example, indicates he receives a continuing personal loan from an unidentified source which he uses to pay for expenses amounting to $8,300.00 per month, excluding the cost of medicine.  (Dkt. 3 at 3.)  He also currently has $80.00 in cash on hand, $1,550.00 in a checking account, and $350.00 in savings.  (*Id*. at 2.)  Because it appears plaintiff has the funds available to pay the filing fee,

REPORT & RECOMMENDATION
PAGE - 1

the Court recommends his motion and amended motion to proceed IFP (Dkts. 1 & 3) be DENIED.  This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

DATED this   17<u>th</u>   day of February, 2017.


Mary Alice Theiler
United States Magistrate Judge

REPORT & RECOMMENDATION
PAGE - 2