UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DR. LUE QIONG CUI,<br><br>                    Plaintiff,<br><br>     v.<br><br>XIAO BING CHEN, et al.,<br><br>                    Defendants. | CASE NO. C17-0039-RSM<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's IFP application is DENIED;

(3)     This action will only proceed if plaintiff pays the $400.00 filing fee within **thirty (30) days** of this Order. If the filing fee is not paid within 30 days, the Clerk is directed to close the case without prejudice, and

/ / /

ORDER DENYING IFP
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 22 day of February 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING IFP
PAGE - 2